No. ——. Original. *Ex parte:* IN THE MATTER OF JAMES J. GRIFFIN and GORDON M. PEACOCK, PETITIONERS. Submitted April 10, 1916. Decided April 17, 1916. Motion for leave to file petition for a writ of mandamus denied. *Mr. Arthur E. Dowell* for the petitioner.

———

No. 312. MARY MULCARE ET AL., ADMINISTRATORS, ETC., PLAINTIFFS IN ERROR, *v.* THE CITY OF CHICAGO. In error to the Supreme Court of the State of Illinois. Argued April 20, 1916. Decided April 24, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *Missouri* v. *Lewis,* 101 U. S. 22; *Cincinnati Street Railway* v. *Snell,* 193 U. S. 30, 35–37. *Mr. Hiram T. Gilbert* and *Mr. John W. Walsh* for the plaintiffs in error. *Mr. Chester E. Cleveland* for the defendants in error.